**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.**

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE FIFTH CIVIL COURT OF TIJUANA, BAJA CALIFORNIA, MEXICO IN *GABRIELA RAMIREZ RAMIREZ V. MARTHA GALVAN MONTERO*, <u>REF. NO. 971/2022</u> | ) ) ) ) ) ) |

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

NOW COMES Dena J. King, United States Attorney for the Western District of North Carolina, by and through the undersigned Assistant United States Attorney, James B. Gatehouse, and petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing James B. Gatehouse, Assistant United States Attorney, Commissioner for the purposes of obtaining information from Wells Fargo Bank. Certain information has been requested by the Fifth Civil Court of Tijuana, Baja California, Mexico, in connection with a civil matter pending in Mexico captioned *Gabriela Ramirez Ramirez v. Martha Galvan Montero,* Foreign Reference Number 971/2022, D.J. Reference Number: 189-1-23-5.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Respectfully submitted this the 12th day of January, 2022.

        DENA J. KING
        UNITED STATES ATTORNEY

        **s/James B. Gatehouse**
        JAMES B. GATEHOUSE
        Assistant United States Attorney
        North Carolina Bar No. 22811
        227 West Trade Street, Suite 1650
        Charlotte, North Carolina 28202

Telephone No. (704) 344-6222
James.Gatehouse@usdoj.gov