IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:23-mc-00005-FDW

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE FIFTH CIVIL COURT OF TIJUANA, BAJA CALIFORNIA, MEXICO IN *GABRIELA RAMIREZ RAMIREZ V. MARTHA GALVAN MONTERO,* REF. NO. 971/2022 | ) ) ) ) ) ) |

**ORDER**

WHEREAS, the United States, by its counsel, on behalf of the Fifth Civil Court of Tijuana, Baja California, Mexico, in a civil matter pending in Mexico captioned *Gabriela Ramirez Ramirez v. Martha Galvan Montero,* Foreign Reference Number 971/2022, D.J. Reference Number: 189-1-23-5 through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo Bank, N.A. for use in connection with a judicial proceeding in the Fifth Civil Court of Tijuana, Baja California, Mexico; and

WHEREAS upon review of the Letter of Request issued by the Fifth Civil Court of Tijuana, Baja California, Mexico, in connection with a civil matter pending in Argentina captioned *Gabriela Ramirez Ramirez v. Martha Galvan Montero,* Foreign Reference Number 971/2022, seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Mexico, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that James B. Gatehouse, Assistant United States Attorney for the Western

District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo Bank for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the Fifth Civil Court of Tijuana, Baja California, Mexico, pursuant to a Letter of Request issued in connection with a civil matter pending in Mexico captioned *Gabriela Ramirez Ramirez v. Martha Galvan Montero,* Foreign Reference Number 971/2022, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Wells Fargo Bank in Charlotte, North Carolina with a copy of this Order and the accompanying documents.

Signed: January 13, 2023

Frank D. Whitney
United States District Judge